IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 0 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-01496-BNB

JOHN JAY POWERS,

    Applicant,

v.

WARDEN WILEY,

    Respondent.

## ORDER

    John Jay Powers, a federal prisoner, has submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. He also paid the $5.00 filing fee. The Court has reviewed the habeas corpus Application filed in this action and finds that Mr. Powers is asserting a conditions of confinement claim rather than a habeas corpus claim. Mr. Powers complains that his continued placement in the ADX Control Unit violates his Fifth Amendment rights. He does not challenge the execution of his sentence.

    "The essence of habeas corpus is an attack by a person in custody upon the legality of that custody, and . . . the traditional function of the writ is to secure release from illegal custody." **See Preiser v. Rodriguez**, 411 U.S. 475, 484 (1973). Generally, a federal prisoner's challenge to his conditions of confinement is cognizable under **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971). **See, e.g., Richards v. Bellmon**, 941 F.2d 1015, 1018 (10th Cir. 1991).

The Court will construe the pleading filed in this action liberally as asserting a civil rights claim pursuant to *Bivens*. The Clerk of the Court will be directed to mail to Mr. Powers the appropriate form for filing a prisoner complaint. Mr. Powers will be ordered to complete the form and submit it to the Court if he wishes to pursue his claims. Mr. Powers also should name as defendants the individuals who allegedly have violated his rights and state how they personally participated in the alleged constitutional deprivation.

Because the Court has determined that the action properly is construed as a *Bivens* action, Mr. Powers is required to pay the $350.00 filing fee. *See* 28 U.S.C. § 1914(a). Alternatively, he may submit a properly completed Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 if he is unable to pay the entire filing fee at this time. If leave to proceed pursuant to § 1915 is granted, Mr. Powers will be allowed to pay the balance of the filing fee in installments. *See* 28 U.S.C. § 1915(b). The $5.00 filing fee that Mr. Powers submitted to the Court for his § 2441 action will be credited against the $350.00 filing fee that is required in a *Bivens* action.

The following listed deficiencies must be cured if the instant action is to proceed.

**28 U.S.C. § 1915 Motion and Affidavit:**

(1) _X_ is not submitted
(2) ___ is missing affidavit
(3) _X_ is missing certified copy of Mr. Powers's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application

(8) __ An original and a copy have not been received by the court. Only an original has been received.
(9) _X_ other Payment of $345.00 balance of the $350.00 filing fee in full if not seeking to proceed pursuant to 28 U.S.C. § 1915

**Complaint, Petition or Application:**
(10) _X_ is not submitted
(11) __ is not on proper form (must use the court's current form)
(12) __ is missing an original signature
(13) __ is missing page nos. ___
(14) __ uses et al. instead of listing all parties in caption
(15) __ An original and a copy have not been received by the court. Only an original has been received.
(16) __ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) __ names in caption do not match names in text
(18) __ other _____

Accordingly, it is

ORDERED that, as opposed to a 28 U.S.C. § 2241 action, the instant action is construed as a Prisoner Complaint filed pursuant to ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971). It is

FURTHER ORDERED that Mr. Powers cure the deficiencies designated above **within thirty days from the date of this Order.** It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Powers, together with a copy of this Order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Prisoner Complaint. It is

FURTHER ORDERED that if Mr. Powers fails to cure the designated deficiencies **within thirty days from the date of this Order** the Complaint and action shall be dismissed without further notice. It is

FURTHER ORDERED that the $5.00 filing fee submitted by Mr. Powers shall be held by the Court as partial payment against the $350.00 filing fee required for filing a civil rights complaint.

DATED July 20, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01496-BNB

John Jay Powers
Reg. No. 03220-028
USP - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint** to the above-named individuals on __7/20/07__

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk