IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-001496-BNB

JOHN JAY POWERS,

    Applicant,

v.

WARDEN WILEY,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 23 2007

GREGORY C. LANGHAM
CLERK

ORDER OVERRULING OBJECTION AND DISMISSING CASE

This matter is before the Court on the *pro se* Letter Mr. Powers, a federal prisoner housed in the State of Colorado, submitted to the Court on August 13, 2007. In the Letter, Mr. Powers objects to Magistrate Judge Boyd N. Boland's July 20, 2007, Order construing the instant action as a civil rights complaint as opposed to 28 U.S.C. § 2241 action. Applicant also requests in the Letter that the Court dismiss the action.

The Court will construe the Letter liberally, in part, as an Objection filed pursuant to 28 U.S.C. § 636(b)(1)(A). For the reasons stated below, the Objection will be overruled, and the action will be dismissed under Fed. R. Civ. P. 41(a)(1).

Pursuant to 28 U.S.C. § 636(b)(1)(A), a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. Mr. Powers initiated the instant action pursuant to 28 U.S.C. § 2241. However, he is asserting claims challenging his continued placement in the Control Unit, which is a conditions of confinement claim. In the July 20, 2007, Order, Magistrate Judge Boland instructed

Applicant to file his claims on a Court-approved form used by prisoners when filing complaints about conditions of confinement.

The Court concludes that Magistrate Judge Boland's July 20, 2007, Order is neither clearly erroneous nor contrary to law. Mr. Powers' claims are not properly before the Court in a § 2241 action. A complaint challenging prison conditions may be presented to the Court pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), when a prisoner seeks damages. If a prisoner seeks only injunctive relief regarding prison conditions the Court has jurisdiction under 28 U.S.C. § 1331 or 28 U.S.C. § 1361. *See Simmat v. U.S. Bureau of Prisons*, 413 F.3d 1225, 1231-37 (2005). Therefore, Mr. Powers' liberally construed objection will be overruled.

In keeping with Mr. Powers' request that the Court dismiss the Complaint and action, the Court will construe his Letter in part as filed pursuant to Fed. R. Civ. P. 41(a)(1). Rule 41(a)(1) provides that "an action may be dismissed by the [applicant] without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment . . . ." No answer has been filed by Respondent in this action.

Further, a voluntary dismissal under Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2$^d$ ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2$^d$ 501, 507 (10th Cir. 1968). The Notice, therefore, closes the file as of August 13, 2007. *See Hyde Constr. Co.*, 388 F.2$^d$ at 507. Accordingly, it is

ORDERED that the Letter Mr. Powers submitted to the Court on August 13, 2007, is construed liberally in part as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A) and is overruled. It is

FURTHER ORDERED that the Letter also is construed in part as a Notice of Voluntary Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the Notice of Dismissal is effective as of August 13, 2007, the date Mr. Powers filed the Notice in the action. It is

FURTHER ORDERED that judgment is entered in favor of Respondent and against Applicant.

DATED at Denver, Colorado, this 22 day of Aug., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01496-BNB

John Jay Powers
Reg. No. 03220-028
USP - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/23/7

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk